**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

Plaintiff(s)
Petittioner(s)

INDEX #:
20-CV-5786  PKC-SJB
DATE FILED:
12/01/2020

- against -

BIG APPLE MED EQUIPMENT, INC., ET AL.

Defendant(s)
Respondent(s)

ATTORNEY FILE#:
5100-3119

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 12/15/2020, 11:03AM at 6441 SAUNDERS STREET, APARTMENT #206, REGO PARK, NY 11374, deponent served a SUMMONS IN A CIVIL ACTION & COMPLAINT WITH EXHIBIT 1 AND CIVIL COVER SHEET on DAVID ABAYEV, a defendant in the above action.

By delivering a true copy thereof to and leaving with OLGA ABAYEV/WIFE, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 12/19/2020 addressed to defendant DAVID ABAYEV at 6441 SAUNDERS STREET, APARTMENT #206, REGO PARK, NY 11374 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant, DAVID ABAYEV.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 36   Approximate height 5'05"   Approximate weight 126   Color of skin WHITE   Color of hair REDDISH
Other ACCENT

OLGA ABAYEV told the deponent that DAVID ABAYEV was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

TONY CONIGLIARO
License # 1220476

Sworn to before me on 12/24/2020
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2021