UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,

Case No. 1:20-05786

Plaintiffs,

**STIPULATION TO EXTEND TIME TO ANSWER**

- against -

BIG APPLE MED EQUIPMENT, INC., et al.,

Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants David Abayev and Big Apple Med Equipment, Inc., that the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action is extended to February 5, 2020. Defendants also hereby waive any affirmative defenses based upon insufficient service of process and lack of personal jurisdiction. Facsimile signatures will be deemed as originals for all purposes hereunder.

Dated: Brooklyn, New York
    January 6, 2021

By: *Nicholas Bowers*
Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendant*
*Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

By: Michael Vanunu, Esq.
RivkinRadler
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556