UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Index No.: Index No.: 1:20-cv-05786-PKC-SJB

Plaintiffs,

-against-

BIG APPLE MED EQUIPMENT, INC., DAVID
ABAYEV, ALEKSANDR MOSTOVOY, D.C.,
SURESH PAULUS, D.O., ASHLEY KIAEI, D.C.,
PETER MARGULIES, D.C., and JOHN DOE
DEFENDANTS 1-10,

Defendants.
----------------------------------------X

## STIPULATION ACKNOWLEDGING SERVICE AND EXTENDING DEFENDANT ASHLEY KIAEI, D.C.'S TIME TO ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that:

1. Defendant Ashley Kiaei, D.C. ("Defendant Kiaei") acknowledges receipt of Plaintiffs' Complaint and accepts service of Plaintiffs' Complaint as to this Defendant Kiaei, effective December 15, 2020;

2. Defendant Kiaei's time to answer or otherwise respond to Plaintiffs' Complaint in this matter is extended up through and including February 1, 2021;

3. Defendant Kiaei hereby waives any objections based upon insufficiency of process and lack of personal jurisdiction; and

4. Facsimile and electronic signatures shall be deemed originals for the purposes of this Stipulation.

Dated: January 4, 2020
      Uniondale, New York

| | |
|---|---|
| RIVKIN RADLER LLP | NEIL MENASHE ATTORNEY AT LAW, PC |
| By:   */s/ Michael Vanunu* <br>     Michael A. Sirignano, Esq. <br>     Barry I. Levy, Esq. <br>     Michael Vanunu, Esq. <br>     Philip Nash, Esq. <br> 926 RXR Plaza <br> Uniondale, New York 11556 <br> (516) 357-3000 <br> *Attorneys for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company* | By: _____ <br>     Neil Menashe, Esq. <br> 247 Merrick Road, Suite 104 <br> Lynbrook, New York 11563 <br> *Attorneys for Defendant Ashley Kiaei, D.C.* |