UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,   Docket No.: 1:20-cv-05786-PKC-SJB

                Plaintiffs,

     -against-

BIG APPLE MED EQUIPMENT, INC., DAVID
ABAYEV, ALEKSANDR MOSTOVOY, D.C.,
SURESH PAULUS, D.O., ASHLEY KIAEI,
D.C., PETER MARGULIES, D.C., and JOHN
DOE DEFENDANTS 1-10,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION TO STAY AND ENJOIN

**PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "GEICO" or "Plaintiffs") respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 65 and the Court's inherent power:

(i) staying all pending No-Fault insurance collection arbitrations that have been commenced against GEICO by or on behalf of Defendant Big Apple Med Equipment, Inc. ("Big Apple") pending disposition of GEICO's declaratory judgment claim in this action;

(ii) enjoining Big Apple, and anyone acting on their behalf, from commencing any further No-Fault insurance collection arbitration or litigation against GEICO pending disposition of GEICO's declaratory judgment claim in this action; and

(iii) such other and further relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion shall be served in accordance with Local Civil Rule 6.1(b).

Dated: Uniondale, New York
       February 17, 2021

                                                 Respectfully submitted,

                                                 RIVKIN RADLER LLP


                                                 By: /s/ Michael Vanunu
                                                      Barry I. Levy, Esq.
                                                      Michael A. Sirignano, Esq.
                                                      Michael Vanunu, Esq.
                                                      Philip Nash, Esq.
                                               926 RXR Plaza
                                               Uniondale, New York 11556
                                               (516) 357-3000

                                             *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*