UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE     Docket No. 20-CV-05786
COMPANY, et al.
          *Plaintiffs*

   - against –                           **NOTICE OF APPEAL**

BIG APPLE MEDICAL EQUIPMENT, INC.
 et al.,

                 *Defendants*
------------------------------------------------------------X

Notice is hereby given that Big Apple Medical Equipment, Inc. and David Abayev hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Order entered on March 25, 2021, that: (1) granted Plaintiffs' motion to stay all pending No-Fault insurance collection arbitrations that have been commenced against Plaintiffs by Big Apple Medical Equipment, Inc., pending disposition of Plaintiff's declaratory judgment action; (2) enjoined Big Apple Medical Equipment, Inc., from commencing any further No-Fault collection arbitration or litigation against Plaintiffs pending disposition of Plaintiff's declaratory judgment action; and (3) waiving the security requirement under Federal Rule of Civil Procedure 65(c).

Dated:  Brooklyn, NY

April 26, 2021                                By:  Nicholas Bowers, Esq.

                                                         \_\_\_\_\_/s/_____
                                                         Gary Tsirelman, P.C.
                                                         *Attorneys for Defendants Named Herein*
                                                         129 Livingston Street
                                                         2nd and 3rd Floors
                                                         Brooklyn, NY  11201
                                                         (718)438-1200