# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Government Employees Ins. Co., etal. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-5786 (PKC)(SJB) |
| BIG APPLE MED EQUIPMENT, INC., etal. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SURESH PAULUS D.O.                                                                                           .

Date: 06/25/2021

/s/ Maria Campese
*Attorney's signature*

Maria Campese (5650)
*Printed name and bar number*

Schwartz, Conroy & Hack, P.C.
666 Old Country Road, 9th Floor
Garden City, New York 11530
*Address*

mac@schlawpc.com
*E-mail address*

(516) 745-1122
*Telephone number*

(516) 745-0844
*FAX number*