UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

Docket No.:1:20-cv-05786 (PKC)(JRC)

Plaintiffs,

-against-

BIG APPLE MED EQUIPMENT, INC., DAVID
ABAYEV, ALEKSANDR MOSTOVOY, D.C.,
SURESH PAULUS, D.O., ASHLEY KIAEI, D.C.,
PETER MARGULIES, D.C., and JOHN DOE
DEFENDANTS 1-10,

Defendants.
-----------------------------------------------------------------X

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against Defendants Big Apple Inc. and David Abayev.

Dated: __July 13__, 2021

| RIVKIN RADLER LLP | GARY TSIRELMAN PC |
|---|---|
| By: _____/s/_____<br>Michael Sirignano, Esq.<br>Philip Nash, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br>*Attorneys for Plaintiffs* | By: _____<br>Gary Tsirelman, Esq.<br>Nicholas Bowers, Esq.<br>129 Livingston Street<br>Brooklyn, New York 11201<br>*Attorneys for Defendants* |