UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:20-cv-05786-PKC-SJB

Plaintiffs,

-against-

BIG APPLE MED EQUIPMENT, INC., DAVID
ABAYEV, ALEKSANDR MOSTOVOY, D.C.,
SURESH PAULUS, D.O., ASHLEY PAULUS, D.C.,
PETER MARGULIES, D.C., and JOHN DOE
DEFENDANTS 1-10,

Defendants.
---------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT SURESH PAULUS, D.O.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Suresh Paulus, D.O. ("Defendant") that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of this action, all claims asserted by the Plaintiffs against the Defendant are hereby discontinued, without prejudice. Each party shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action. This stipulation may be filed without any further notice with the Clerk of the Court.

Dated: __July 16__, 2021

| RIVKIN RADLER LLP | SCHWARTZ, CONROY & HACK, P.C. |
|---|---|
| By: /s/ _____<br>Barry Levy, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556 | By: _____<br>Matthew Conroy, Esq.<br>666 Old Country Road, Suite 900<br>Garden City, New York 11530 |
| *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty* | *Counsel for Defendant Suresh Paulus, D.O.* |